IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HAYDEN P., by and through his next friend, HEIDI K., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-00382-SDJ-AGD |
| FRISCO INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this Motion having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 3, 2024, the Report of the Magistrate Judge, (Dkt. #18), was entered containing proposed findings of fact and recommendation that Plaintiff's Corrected Motion for Admission of New Evidence (Dkt. #11) be denied.

On September 17, 2024, Plaintiff filed timely objections to the Report (Dkt. #19). The Court has conducted a de novo review of Plaintiff's objections (Dkt. #19) and the portions of the Report to which Plaintiff specifically objects. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Plaintiff's Corrected Motion for Admission of New Evidence (Dkt. #11) is **DENIED**.

It is further **ORDERED** that, pursuant to the Court's Scheduling Order (Dkt. #6), motions for judgment on the administrative record shall be filed no later than **45 days** after the filing and entry of this Memorandum Adopting Report and Recommendation of Magistrate Judge. The parties shall follow the Court's orders for Responses, Replies, and Sur-Replies (Dkt. #6 at ¶¶ 5.b, 5.d, 5.e).

**So ORDERED and SIGNED this 23rd day of September, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE